RECEIVED
IN MONROE, LA
APR 24 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| LESLIE LAVERNE ALEXANDER | CIVIL ACTION NO. 08-1325 |
| VERSUS | JUDGE ROBERT G. JAMES |
| MICHAEL J. ASTRUE, COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | MAG. JUDGE KAREN L. HAYES |

## RULING

Before the Court is Plaintiff Leslie Laverne Alexander's petition for review of the Commissioner's denial of social security benefits. On April 2, 2009, Magistrate Judge Karen L. Hayes issued a Report and Recommendation [Doc. No. 17], recommending that the petition be dismissed with prejudice for failure to comply with the Court's orders and, in the alternative, that the decision of the Commissioner be affirmed. The Court ADOPTS the recommendation to affirm the decision of the Commissioner, but DECLINES TO ADOPT the alternative recommendation to dismiss the petition for failure to comply with the Court's orders.

MONROE, LOUISIANA, this 24 day of April, 2009.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE