RECEIVED
IN MONROE, LA

APR 2 4 2009

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA



# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| **LESLIE LAVERNE ALEXANDER** | **CIVIL ACTION NO.  08-1325** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **MICHAEL J. ASTRUE,**<br>**COMMISSIONER, SOCIAL**<br>**SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation [Doc. No. 17] of the Magistrate

Judge, to the extent ADOPTED, and for the reasons set forth in this Court's Ruling,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Commissioner's

decision is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE.

MONROE, LOUISIANA, this 24 day of April, 2009.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE